IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **JOHN DOE, SUBSCRIBER ASSIGNED** | : | **NO. 15-5232** |
| **IP ADDRESS 73.165.251.74** | : | |

## ORDER

**AND NOW**, this 23rd day of October, 2015, upon consideration of the Motion to Quash Subpoena and Motion for Protective Order (Document No. 6), it is **ORDERED** as follows:

1. The plaintiff shall respond to the motion no later than **October 29, 2015**; and

2. A hearing to show cause why the motion should not be granted is scheduled for **Tuesday, November 3, 2015, at 10:00 a.m.**, **in Courtroom 9A**.

    /s/Timothy J. Savage
TIMOTHY J. SAVAGE,  J.